IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICHARD AMUM'RA BEY**                                              **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 3:22-cv-00112-HTW-LGI**

**MICHAEL WATSON, LYNN
FITCH, CHRIS GRAHAM, MEG
BARTLETT, EDDIE CARR, and
THE STATE OF MISSISSIPPI**                                  **DEFENDANT**

## REPORT AND RECOMMENDATION

This matter is before the Court on the *Motion for Leave to Proceed In Forma Pauperis* [2] and the *Long Form Application to Proceed in District Court Without Prepaying Fees or Costs* [12] filed by Plaintiff Richard Amum'Ra Bey. On March 4, 2022, Plaintiff filed his *Complaint* [1], along with his *Motion for Leave to Proceed In Forma Pauperis* [2]. Plaintiff supplemented his Motion [2] with the *Long Form Application to Proceed in District Court Without Prepaying Fees or Costs* [12] ordered by the Court in Order [11]. Having considered Plaintiff's submissions, the undersigned recommends that the Motion [2] be denied, and Plaintiff be directed to pay the filing fee.

In making the *in forma pauperis* ("IFP") determination, the Court may consider the total monetary resources available to assist Plaintiff. "There is no absolute right to be allowed to proceed *in forma pauperis* in civil matters; rather it is a privilege extended to those unable to pay filing fees when the action is not frivolous or malicious." *Startti v. United States*, 415 F.2d 1115, 1116 (5th Cir. 1969). 28 U.S.C. § 1915(a)(1) is designed to provide access to federal courts for

1

plaintiffs lacking the financial resources to pay any part of the statutory filing fees. *See McDaniel v. City of Hattiesburg Police Dep't*, No. 2:21-cv-24-KS-MTP, 2021 U.S. Dist. LEXIS 118625, 2021 WL 260459 (S.D. Miss May 6, 2021); (*citing Barnes v. Secretary, Dept. of Treasury*, No. 3:10-cv-477-HTW-LRA, 2010 U.S. Dist. LEXIS 112349, 2010 WL 4220422 (S.D. Miss. Sept. 16, 2010). The Court must examine the Plaintiff's financial condition to determine whether the payment of fees would cause an undue financial hardship. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988). "There is authority for the proposition that the privilege of proceeding *in forma pauperis* in civil actions for damages should be allowed only in exceptional circumstances." *Williams v. Beau Rivage*, No. 1:09-cv-272-HSO-JMR, 2009 U.S. Dist. LEXIS 102760, 2009 WL 3431457 (S.D. Miss. Oct. 23, 2009). "The granting or denying of *in forma pauperis* proceedings of a civil nature is left to the sound discretion of the District Court." *Id.* (citing *Willard v. United States*, 299 F. Supp. 1175, 1177 (N.D. Miss. 1969)).

On March 1, 2022, Plaintiff submitted a blank Short Form Application to Proceed in District Court Without Prepaying Fees. Doc. [2] at 1-2. The Court entered an Order [11] deferring ruling on Plaintiff's *Motion for Leave to Proceed In Forma Pauperis* [2] until Plaintiff provided a complete long form application as required by the rules. Doc. [11]. In response to the Court's Order, Plaintiff declined to provide the financial information necessary for the Court to determine whether Plaintiff qualifies for *in forma pauperis* status. Doc. [12-1] at 1-5. Under the circumstances presented, Plaintiff should not be permitted to proceed at taxpayer expense.

### RECOMMENDATION

Based on the foregoing, the undersigned recommends that:

    1. Plaintiff's *Motions for Leave to Proceed in forma pauperis* [2] be DENIED.

2. Plaintiff be given thirty (30) days to pay all costs associated with the filing of this lawsuit.

3. Should Plaintiff fail to timely pay all costs associated with the filing of this lawsuit, this matter be dismissed without prejudice and without further notice.

**NOTICE OF RIGHT TO OBJECT**

In accordance with the rules and 28 U.S.C. § 636(b)(1), any party may serve and file written objections within fourteen (14) days after being served a copy of this recommendation, with a copy to the District Judge, the Magistrate Judge and the opposing party. The District Judge at the time may accept, reject, or modify in whole or part, the recommendations of the Magistrate Judge, or may receive further evidence or recommit the matter to this Court with instructions. The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendations contained within this report and recommendation within fourteen days after being served with a copy shall bar that party from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court to which the party has not objected, , except upon grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1428-29 (5th Cir. 1996).

SO ORDERED this the 17th day of May, 2022.

                                /s/ LaKeysha Greer Isaac
                                UNITED STATES MAGISTRATE JUDGE